November 16, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 2 0 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Valentin Moreno, Jr.
788216, Robertson Unit
12071 FM 3522
Abilene, Texas 79601

Re: Writ No. 49,474-05; Granting of Applicant's Motion For Leave And To Stop
Writ Of Habeas Corpus Review

Dear Mr. Acosta:

On this day, I received notice by way of a 'white card', informing me that the
Court of Criminal Appeals granted Applicant's Motion For Leave And To Stop Writ
Of Habeas Corpus Review. The Court granting (30) days to amend the application.

The white card is dated 11/05/15 and is postmarked 11/09/15. I received the
white card, on 11-16-15. Thus, I need to know, when will the 30th day be?

Additionally, in regards to the amended application, where do I file it? With
the Hidalgo County District Clerk or with you the Clerk for the Court of
Criminal Appeals?

Please accept my apology for any inconvenience, brought forth by the foregoing.
Enclosed is a self-addressed envelope with postage pre-paid, for a response to
the inquries presented herein.

Thank you for your time, attention and assistance.

Respectfully,

Valentin Moreno Jr.

cc:file